PROB 12C
(6/16)

Report Date:  March 3, 2026

# United States District Court

### for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 03, 2026

SEAN F. McAVOY, CLERK

ECF No. 23

Name of Offender: Eliodoro Tapia

Case Number: 0980 4:23CR06032-MKD-1

Last Known Address of Offender: ██████████████████ Kennewick, Washington 99336
Secondary Address of Offender: ███████████████████ Kennewick, Washington 99337

Name of Sentencing Judicial Officer: The Honorable Anthony J. Battaglia, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke,  U.S. District Judge

Date of Original Sentence: October 25, 2021

Original Offense:      Importation of Methamphetamine, 21 U.S.C. §§ 952 and 960

Original Sentence:     Prison - 41 months         Type of Supervision: Supervised Release
                       TSR - 5 years

Asst. U.S. Attorney:   To be assigned             Date Supervision Commenced: May 12, 2023

Defense Attorney:      Jennifer Rebecca Barnes     Date Supervision Expires: May 11, 2028

---

## PETITIONING THE COURT

To issue a **warrant**.

On May 16, 2023, a United States Probation officer reviewed all the conditions of supervised release with Mr. Tapia. He verbalized an understanding of all conditions, signed a copy of the judgment order, and was given a copy.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise directed by the court.

**Supporting Evidence**: Mr. Tapia is considered to be in violation of his conditions of supervised release by having used a controlled substance, fentanyl, on or about February 20, 2026. |

Prob12C
**Re: Tapia, Eliodoro**
**March 3, 2026**
**Page 2**

On February 20, 2026, Mr. Tapia provided a urine sample that tested positive for fentanyl. He denied any use of fentanyl, and this urine sample was packaged and sent to the contracted vendor for confirmation. The drug test report was later received confirming a positive result for fentanyl.

**Standard Condition # 8**: The defendant must not communicate or interact with someone you know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Mr. Tapia is considered to be in violation of his conditions of supervision by having contact with a convicted felon, Amador Mendoza-Sanchez, without advance permission of the probation officer, on or before February 18, 2026.

On February 18, 2026, a Drug Enforcement Administration (DEA) agent notified a United States probation officer, they became aware through the course of their active investigation, that Mr. Mendoza-Sanchez frequents Mr. Tapia's secondary residence

Mr. Tapia did not have advance permission to have contact with Mr. Mendoza-Sanchez who is a convicted felon.

**Standard Condition #10:** The defendant must no own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supportive Evidence:** Mr. Tapia is considered to be in violation of his conditions of supervision by possessing or having access to a firearm and ammunition, on or before March 3, 2026.

On March 3, 2026, law enforcement agents completed a search of Mr. Tapia's secondary residence, 2216 South Rainier Street, Unit D, Kennewick, Washington. During this search, agents found a loaded .357 revolver on the floor, in plain view, along with additional ammunition inside the defendant's shared bedroom with his girlfriend.

**Mandatory Condition #3**: The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise directed by the court.

**Supporting Evidence**: Mr. Tapia is considered to be in violation of his conditions of supervised release by possessing a controlled substance, methamphetamine, on or before March 3, 2026.

On March 3, 2026, as noted in the above-alleged violation, law enforcement agents completed a search of Mr. Tapia's secondary residence. Agents found a user quantity amount of methamphetamine inside a clear bag inside a shared bathroom to which the defendant would have access.

Prob12C
**Re: Tapia, Eliodoro**
**March 3, 2026**
**Page 3**

5          **Standard Condition # 2**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Tapia is considered to be in violation of his conditions of supervised release by failing to report the probation office as instructed, on or about March 3, 2026.

On March 3, 2026, a United States probation officer contacted Mr. Tapia via telephone and instructed him to report to the probation office on this same date. A follow up text message with the same reporting instructions was also sent to Mr. Tapia.

On March 3, 2026, Mr. Tapia failed to report as instructed.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/03/2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

M. K. Dimke

Signature of Judicial Officer

March 3, 2026

Date