PROB 12C
(6/16)

Report Date: March 25, 2026

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 26, 2026**

SEAN F. McAVOY, CLERK

### for the

### Eastern District of Washington

ECF No. 42

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eliodoro Tapia              Case Number: 0980 4:23-CR-06032-SAB-1

Last Known Address of Offender: ███████████         Kennewick, Washington 99336
Secondary Address of Offender: ███████████         Kennewick, Washington 99337

Name of Sentencing Judicial Officer: The Honorable Anthony J. Battaglia, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 25, 2021

| | | |
|---|---|---|
| Original Offense: | Importation of Methamphetamine, 21 U.S.C. §§ 952 and 960 | |
| Original Sentence: | Prison - 41 months<br>TSR - 5 years | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: May 12, 2023 |
| Defense Attorney: | Christine Bennett | Date Supervision Expires: May 11, 2028 |

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 3, 2026.

On May 16, 2023, a United States Probation officer reviewed all the conditions of supervised release with Mr. Tapia. He verbalized an understanding of all conditions, signed a copy of the judgment order, and was given a copy.

The probation officer believes that Mr. Tapia has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Tapia is considered to be in violation of his conditions of supervised release by having been charged with a new federal drug distribution crime, on or about March 18, 2026.

On March 18, 2026, Mr. Tapia was formally indicted on the charge of Conspiracy to Distribute 400 Grams or More of Fentanyl and 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-3. The general basis for this charge is conduct related to the violations previously reported to the Court.

Prob12C
## Re: Tapia, Eliodoro
## March 25, 2026
## Page 2

> 7    **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime.
>
> **Supporting Evidence**: Mr. Tapia is considered to be in violation of his conditions of supervised release by having been charged with a new federal firearms crime, on or about March 18, 2026.
>
> On March 18, 2026, Mr. Tapia was formally indicted on the charge of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-3. The general basis for this charge is conduct related to the violations previously reported to the Court.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/25/2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/26/2026

Date